■ JOAN A. ZUZA, an Infant, by Her Guardian ad Litem, EDWARD J. GLIBOWSKI, et al., Respondents, v. CALVIN DICKINSON, Appellant.— In an action to recover damages for personal injury, loss of services and medical expenses, defendant appeals from an order of the Supreme Court, Queens County, dated

December 10, 1962, which granted plaintiffs' motion for summary judgment and directed an assessment of damages, pursuant to rule 113 of the Rules of Civil Practice. Order reversed, with $10 costs and disbursements, and motion denied. In our opinion the record presents issues which may not be resolved upon a motion for summary judgment (cf. *Simon* v. *Appelbaum*, 9 A D 2d 695; *Gerard* v. *Inglese*, 11 A D 2d 381). Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.